NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICKIE FEELEY,                                )
                                             )
            Appellant,                        )
                                             )
v.                                            )        Case No. 2D19-75
                                             )
ENGLEWOOD ANIMAL RESCUE                       )
SANCTUARY, INC., TODD                         )
ZIMMERMAN and BOBBI AUSTIN,                   )
                                             )
            Appellees.                        )
_____)

Opinion filed November 20, 2019.

Appeal from the Circuit Court for
Sarasota County; Kimberly C. Bonner,
Judge.

Dana J. Watts, Sarasota, for
Appellant.

Bryan S. Kessler of Berg & Kessler,
Venice, for Appellees.


PER CURIAM.

            Affirmed.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.